**Electronically Filed
Intermediate Court of Appeals
CAAP-20-0000135
23-SEP-2020
09:06 AM**

NOS. CAAP-20-0000135 AND CAAP-20-0000290

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

CAAP-20-0000135
THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK
AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWABS, INC.,
ASSET-BACKED CERTIFICATES, SERIES 2005-AB4, Plaintiff-Appellee,
v. KIEL JAMES PATTISON; ASSOCIATION OF APARTMENT OWNERS OF
ELIMA LANI CONDOMINIUMS; JOHN DOES 1-20; JANE DOES 1-20;
DOE CORPORATIONS 1-20; DOE ENTITIES 1-20; AND
DOE GOVERNMENTAL UNITS 1-20, Defendants-Appellants

AND

CAAP-20-0000290
THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK
AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWABS, INC.,
ASSET-BACKED CERTIFICATES, SERIES 2005-AB4, Plaintiff-Appellee,
v. ASSOCIATION OF APARTMENT OWNERS OF ELIMA LANI CONDOMINIUMS;
Defendant-Appellant, and KIEL JAMES PATTISON; JOHN DOES 1-20;
JANE DOES 1-20; DOE CORPORATIONS 1-20; DOE ENTITIES 1-20;
AND DOE GOVERNMENTAL UNITS 1-20, Defendants

APPEAL FROM THE CIRCUIT COURT OF THE THIRD CIRCUIT
(CIVIL NO. 18-1-118K)

ORDER APPROVING STIPULATION FOR DISMISSAL WITH PREJUDICE
(By: Chan, Presiding Judge, Hiraoka and Wadsworth, JJ.)

Upon consideration of the "Stipulation for Dismissal
With Prejudice as to Defendant-Appellant Association of Apartment
Owners of Elima Lani Condominiums' Consolidated Appeal"
(**Stipulation**), filed July 20, 2020, by Defendant-Appellant
Association of Apartment Owners of Elima Lani Condominiums, the

papers in support, and the record, it appears that (1) the appeal has been docketed; (2) the parties appearing in the appeal stipulate to dismiss the appeal with prejudice and bear their own attorneys' fees and costs; (3) the Stipulation is dated and signed by counsel for all parties appearing in the appeal; and (4) dismissal is authorized by Hawaiʻi Rules of Appellate Procedure Rule 42(b).

Therefore, IT IS HEREBY ORDERED that the Stipulation is approved and the appeal is dismissed with prejudice. The parties shall bear their own attorneys' fees and costs on appeal.

DATED: Honolulu, Hawaiʻi, September 23, 2020.

/s/ Derrick H.M. Chan
Presiding Judge

/s/ Keith K. Hiraoka
Associate Judge

/s/ Clyde J. Wadsworth
Associate Judge